FILED
RICHARD W. NAGEL
CLERK OF COURT
2025 NOV 20 AM 10: 10
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** 2:25-CR-189 |
| **Plaintiff,** | **JUDGE** Marbley |
| **v.** | **<u>INFORMATION</u>** |
| **RYAN C. DRISCOLL,** | **18 U.S.C. §§ 2252(a)(2) & (b)(1)**<br>**18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)** |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT ONE</u>**
(Distribution and Receipt of Child Pornography)

1. Between on or about July 10, 2025 through July 30, 2025, in the Southern District of Ohio, the defendant, **RYAN C. DRISCOLL,** having been previously convicted of an offense under the laws of the United States relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Southern District of Ohio, Eastern Division, case number 2:11-cr-181, by Judgment Entry dated August 8, 2012, for Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) – did knowingly distribute and receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting minors, including prepubescent and

toddler-aged or infant children, engaged in sex acts with adults and subjected to sadistic and masochistic abuse, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT TWO
(Possession of Child Pornography)

2. On or about July 30, 2025, in the Southern District of Ohio, the defendant, **RYAN C. DRISCOLL**, having been previously convicted of an offense under the laws of the United States relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward – that is, in the Southern District of Ohio, Eastern Division, case number 2:11-cr-181, by Judgment Entry dated August 8, 2012, for Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) – knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION

3. Upon conviction of the offenses set forth in Counts One or Two of this Information, the defendant, **RYAN C. DRISCOLL**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to:

- One Motorola MotoG 64FB cellular phone with an associated ISMI number of 311480127450933, including its contents; and
- One Nokia cellular phone, including its contents.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

Emily Czerniejewski

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney